## United States District Court for the Northern District of Illinois

Case Number: `08cv2635`            Assigned/Issued By: `j. n.`

Judge Name: `shadur`              Designated Magistrate Judge: `cox`

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350`                        Receipt #: `2758145`

Date Payment Rec'd: `5-7-08`              Fiscal Clerk: `j. n.`

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

`3` Original and `0` copies on `5-8-08` as to `city of chicago;`
                              (Date)
`officer carrol; officer mcdermott`

---

C:\wpwin80\docket\feeinfo.frm     03/14/05