U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 cv 02635
LENNETH SUGGS
v.
OFFICER CARROL, OFFICER MCDERMOTT, UNKNOWN
OFFICERS and the CITY OF CHICAGO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) <br> Kimberly D. Fahrbach | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kimberly D. Fahrbach (ARDC #06237042) | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 4200 Commerce Crt., Ste. 300 | |
| CITY/STATE/ZIP <br> Lisle, IL 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 06237042 | TELEPHONE NUMBER <br> 630/577-2812 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

s/Kimberly D. Fahrbach (ARDC No. 06237042)
Kimberly D. Fahrbach

LISLE\107663.1
ID\KDF