U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 08 cv 02635
LENNETH SUGGS,
    v.
OFFICER CARROL, OFFICER MCDERMOTT,
UNKNOWN OFFICERS and the CITY OF CHICAGO.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
OFFICER CARROL and OFFICER MCDERMOTT

| NAME (Type or print) |  |
|---|---|
| Kimberly D. Fahrbach |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kimberly D. Fahrbach (ARDC #06237042) | |
| FIRM | |
| Dykema Gossett PLLC | |
| STREET ADDRESS | |
| 4200 Commerce Crt., Ste. 300 | |
| CITY/STATE/ZIP | |
| Lisle, IL  60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06237042 | 630/577-2812 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** (for Officers Carrol and McDermott) with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

s/Kimberly D. Fahrbach (ARDC No. 06237042)
Kimberly D. Fahrbach

LISLE\107663.2
ID\KDF